UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Don F. Gossard,

    Plaintiff,

    v.

Warden Madison Correctional Institution, *et al.*,

    Defendants.

Case No. 2:14-cv-1842

Judge Michael H. Watson
Magistrate Judge Kemp

## ORDER

On March 21, 2016, Magistrate Judge Kemp issued a report and recommendation ("R&R") regarding Defendant Ms. Ester's motion to dismiss. R&R, ECF No. 31. Magistrate Judge Kemp recommended the motion be denied. *Id.* at 8.

Magistrate Judge Kemp notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* He also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.*

The deadline for filing such objections has passed, and no objections were filed. Accordingly, the R&R is **ADOPTED**, and Defendant Ms. Ester's motion to dismiss, ECF No. 27, is **DENIED**.

**IT IS SO ORDERED.**

                                                    */s/ Michael H. Watson*
                                                    MICHAEL H. WATSON, JUDGE
                                                    UNITED STATES DISTRICT COURT